■ In the Matter of QUOGUE ASSOCIATES, Appellant, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of respondent New York State Department of Environmental Conservation, dated October 7, 1983, denying petitioner's application for a permit to construct a single-family house on protected tidal wetlands, the appeal is from a judgment of the Supreme Court, Suffolk County (Doyle, J.), dated February 8, 1984, which dismissed the proceeding.

Judgment affirmed, without costs or disbursements.

Petitioner timely served the Attorney-General with the

notice of petition and petition in this proceeding pursuant to CPLR 7804 (c), but failed to timely serve respondent. The Attorney-General is not a party to this proceeding, but rather the prospective attorney for a party. Thus, petitioner's timely service upon the Attorney-General did not toll the statutory period of limitations and allow for untimely service of the notice of petition and petition upon the respondent (*see, Matter of Cohen v State Tax Commn.,* 51 AD2d 79; *Matter of Upstate Milk Coops. v State of New York Dept. of Agric. & Mkts,* 101 AD2d 940). Mangano, J. P., Brown, O'Connor and Weinstein, JJ., concur.